**No. 52141.**—Wimelbacher & Rice *v.* United States, protests 867317–G, etc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and following *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) the cotton gloves were held dutiable at 50 percent under paragraph 915 as "made of fabric knit on other than a warp-knitting machine," and the knit cotton fabric was held dutiable at 35 percent under paragraph 914 as "made on other than a warp-knitting machine," plus 10 cents per pound additional duty under paragraph 924 in both instances.

**No. 52142.**—B. Altman & Co., Ltd. *v.* United States, protests 495479–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52143.**—Arthur H. Lee & Sons, Inc., et al. *v.* United States, protests 546275–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52144.**—M. Bakal Shirt Co. et al. *v.* United States, protests 886531–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.